```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 01034
   RICHARD A MARSIGLIO
   PATRICIA L MARSIGLIO                       CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
             Debtor
   SSN XXX-XX-8871     SSN XXX-XX-1932
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
       The case was filed on 02/07/2006 and was not confirmed.

       The case was transferred to Glenn Stearns, Trustee on 02/09/2006.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| A J SMITH FEDERAL SAVING | CURRENT MORTG | .00 | .00 | .00 |
| A J SMITH FEDERAL SAVING | MORTGAGE ARRE | 3356.10 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 26928.00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 10498.00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORPORATIO | MORTGAGE ARRE | 18821.08 | .00 | .00 |
| ANESTH & PAIN CONSULTANT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC ST JAMES RADIOLOGI | UNSECURED | NOT FILED | .00 | .00 |
| CALEEL & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOSPECIALIST GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CULLIGAN WATER CONDITION | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CARDIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO RESTORATIVE DENT | UNSECURED | NOT FILED | .00 | .00 |
| CITI BP OIL | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTANT IN PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CRETE MONEE HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| CTR FOR SURG/BREAST | UNSECURED | NOT FILED | .00 | .00 |
| JOHN A ROSEVEAR DDS | UNSECURED | NOT FILED | .00 | .00 |
| ECHO LTD | NOTICE ONLY | .00 | .00 | .00 |
| EMERGENCY CARE HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| ILLIANA SURGERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JEFFREY R SARBELSKI DDS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NOT FILED | .00 | .00 |
| LINCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| M&J UNDERGROUND INC | UNSECURED | NOT FILED | .00 | .00 |
| MEDTRUST HEALTHCARE SERV | UNSECURED | NOT FILED | .00 | .00 |

```
CB USA INC                 UNSECURED      NOT FILED              .00             .00
MIDWEST ORTHOPEDIC         UNSECURED      NOT FILED              .00             .00
MIDWEST PHYSICIAN GROUP    UNSECURED      NOT FILED              .00             .00
ILLINOIS COLLECTION SERV   NOTICE ONLY    NOT FILED              .00             .00
NICOR GAS                  UNSECURED      NOT FILED              .00             .00
MALCOM GERALD & ASSOCIAT   UNSECURED      NOT FILED              .00             .00
OLYMPIA FIELDS OSTEO HOS   UNSECURED      NOT FILED              .00             .00
ORAL SURGERY CENTER        UNSECURED      NOT FILED              .00             .00
PAUL S PETRUNGARO DDS MS   UNSECURED      NOT FILED              .00             .00
RICHTON PARK FIRE DEPT     UNSECURED      NOT FILED              .00             .00
SAUK VILLAGE FIRE DEPART   UNSECURED      NOT FILED              .00             .00
SBC MIDWEST                UNSECURED      NOT FILED              .00             .00
SHANU KONDAMURI MD         UNSECURED      NOT FILED              .00             .00
SHARPE WELL DRILLING INC   UNSECURED      NOT FILED              .00             .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED              .00             .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED              .00             .00
MUTUAL HOSPITAL            NOTICE ONLY    NOT FILED              .00             .00
ST JAMES HOSPITAL          UNSECURED      NOT FILED              .00             .00
ST MARGARET MERCY HOSPIT   UNSECURED      NOT FILED              .00             .00
ACCOUNTING MANAGEMENT SE   UNSECURED      NOT FILED              .00             .00
NORTHWEST COLLECTORS       UNSECURED      NOT FILED              .00             .00
UNIVERSITY OF CHICAGO PH   UNSECURED      NOT FILED              .00             .00
VMC & ASSOCIATION          NOTICE ONLY    NOT FILED              .00             .00
UNIVERSITY OF CHICAGO HO   UNSECURED      NOT FILED              .00             .00
VILLAGE OF SOUTH CHICAGO   UNSECURED      NOT FILED              .00             .00
DAVID P LLOYD              DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/06

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE